IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JEWEL HARRISON, | No. C 09-01173 CW (PR) |
| Petitioner, | ORDER DISMISSING PETITION AS SUCCESSIVE |
| v. | (Docket no. 4) |
| EDMUND JERRY BROWN, JR. | |
| Respondent. / | |

Petitioner Jewel Harrison, a prisoner incarcerated at the California State Prison – Sacramento, filed this pro se action seeking "permission to enter the Court and file the following writ of habeas petition 28 U.S.C. [§] 2254 or [§] 2255 second or his successive petition." (Pet. at 1.)  He has also submitted an application for leave to proceed in forma pauperis (IFP).

According to the allegations in the petition and the attached exhibits, Petitioner was convicted in Alameda County Superior Court of attempted robbery, possession of a firearm by a felon, and assault with a firearm.  On November 12, 1997, the court sentenced Petitioner to a term of seventy-four years to life in state prison with a $200.00 restitution fine.

On September 16, 1999, Petitioner filed his first federal petition for a writ of habeas corpus in this Court, Harrison v. Lockyer, Case No. C 99-04247 SBA (PR).  On September 11, 2000, the Court denied the first petition on the merits.  (Case No. C 99-04247 SBA (PR), docket nos. 14, 18.)  The denial was affirmed by the Ninth Circuit Court of Appeals on January 21, 2003.  Harrison v. Lockyer, 316 F.3d 1063, cert. denied, 538 U.S. 988 (2003).

1    The present petition, entitled "Motion for Permission to Enter
2 the Court Pursuant to 18 U.S.C. [§] 2244(b)(3) and (4) Second [or]
3 Successive Petition," could be construed as Petitioner's request to
4 file a second or successive petition attacking the same conviction
5 and sentence as Petitioner's prior federal habeas petition.  A
6 second or successive petition may not be filed in this Court unless
7 Petitioner first obtains an order from the Ninth Circuit
8 authorizing this Court to consider the petition.  See 28 U.S.C.
9 § 2244(b)(3)(A).  It appears that Petitioner submitted an
10 "Application for Leave to File a Second or Successive Petition" as
11 an attachment to his petition with this Court as opposed to filing
12 it directly in the Ninth Circuit; therefore, the Clerk of the Court
13 shall send the present petition (docket no. 1) back to Petitioner.
14 Petitioner should mail that document to the Ninth Circuit to obtain
15 the appropriate order.  In his motion to the Ninth Circuit,
16 Petitioner should explain how he meets the requirements of 28
17 U.S.C. § 2244(b)(2).
18    For the foregoing reasons, the present petition is DISMISSED
19 pursuant to 28 U.S.C. § 2244(b).  Based solely on Petitioner's lack
20 of financial resources, his application to proceed IFP (docket no.
21 4) is GRANTED.
22    The Clerk of the Court shall enter judgment in accordance with
23 this Order, terminate all other pending motions, close the file,
24 and return the petition (docket no. 1) to Petitioner.
25    IT IS SO ORDERED.
26
Dated: 7/23/09
27                                 _____
                                   CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEWEL HARRISON,

        Plaintiff,

v.

EDMUND BROWN et al,

        Defendant.

Case Number: CV09-01173 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jewel Harrison K-74294
FB3-225
CSP-Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: July 23, 2009

                        Richard W. Wieking, Clerk
                        By: Sheilah Cahill, Deputy Clerk